

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

**KATRINA AHRENS,**

                                        **Appellant**

 **v.**

**DALLAS POLICE ASSOCIATION, DPA'S
ASSIST THE OFFICER FOUNDATION, INC.,
FREDERICK FRAZIER, CITY OF DALLAS,
AND ZAC PRODUCTS II, LLC,**

                                        **Appellees**

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C201700365**

**and**

### No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

**Original Proceeding**

## ABATEMENT ORDER

DPA'S Assist the Officer Foundation, Inc. petitions this Court to issue a writ of

mandamus directing Respondent, the Honorable Wayne Bridewell, Judge of the 249th Judicial District Court, to vacate his order signed on May 31, 2018 granting Katrina Ahrens' Motion to Compel Production of Documents. Likewise, Katrina Ahrens appeals Judge Bridewell's Order Granting Emergency Motion for Protective Order, signed on October 3, 2017, regarding sealing or barring the disclosure of the depositions of a defendant and a non-party in the underlying case.

On June 1, 2018, Judge Bridewell recused himself in the underlying case and requested the Administrative Judge to assign another judge. On June 5, 2018, the Honorable David Evans, the Administrate Judge ordered that the underlying case to be transferred from the 249th Judicial District Court to the 18th District Court, the Honorable John Neill, presiding.

Because the underlying case has been transferred to the 18th District Court and Judge Neill has not had the opportunity to review either DPA'S Assist the Officer Foundation, Inc.'s or Ahrens' complaints, we abate both of these proceedings for 45 days from the date of this order to allow DPA'S Assist the Officer Foundation, Inc. the opportunity to present its Motion for Protective Order and Katrina Ahrens the opportunity to present her Motion to Compel Production of Documents to the Judge of the 18th District Court for reconsideration of those motions. *See State v. Olsen*, 163 Tex. 449, 360 S.W.2d 402, 403 (1962) (orig. proceeding); *In re Whitfield*, 134 S.W.3d 314 (Tex. App.—Waco 2003, order).

At the expiration of 45 days, these proceedings will be automatically reinstated. The parties are ORDERED to inform this Court as to the result of the trial court's

reconsideration of the parties' respective motions within seven days after the ruling and provide a status report to this Court addressing whether Judge Neill's rulings upon reconsideration will impact the proceeding pending in this Court.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Abated
Order issued and filed August 22, 2018

